## RAYMOND *v.* SINGER MANUF'G Co. and others.

*(Circuit Court, D. Massachusetts. April 18, 1882.)*

PATENT—SPRING CATCH—ANTICIPATION.

   Where the evidence shows that the claim was an invention anticipated, the bill alleging the infringement will be dismissed.

In Equity.

*T. W. Clarke,* for complainant.

*Browne, Holmes & Browne,* for defendants.

LOWELL, C. J. The plaintiff is the owner of patent No. 101,140, granted to Lawyer & Gasten, March 22, 1870, for an improvement in sewing machines, and alleges an infringement by the defendants of the second claim of the patent, relating to a spring catch for keeping the shuttle in place.

After careful and repeated examinations of the evidence, I think the defendants have proved that this part of the invention was anticipated by James Bolton, in 1867, as alleged in the amended answer.

Bill dismissed.